UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Camelot Investment Company, Inc. )<br>*Plaintiff(s)* )<br>v. )<br>Ohio Security Ins. Co., et al. )<br>*Defendant(s)* ) | Case Number: 15 cv 00828 |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for   Ohio Security Insurance Company

DATED:  August 4, 2015

/s/ Ricky L. Hammond
Signature

Ricky L. Hammond
Name

33 West Monroe Street, Chicago, IL 60603
Address

312-372-0770
Phone Number

312-372-9818
Fax Number

hammondr@jbltd.com
E-Mail Address

Rev. 2/11